IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| RANDY TANGUAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-04240-CV-C-NKL |
| ) | |
| LOVE'S TRAVEL STOPS & COUNTRY ) | |
| STORES, INC., ) | February 18, 2009 |
| ) | |
| Defendant. ) | |
| ) | |

MINUTE SHEET

HONORABLE Nanette K. Laughrey presiding at Jefferson City, Missouri.
================================================================
Nature of Proceeding: Teleconference
Time Commenced: 11:25 a.m. - 11:38 a.m.

Plaintiff by: Heather Lake
Defendant by: Courtney Warmington, Leonard Court and Rosalee McNamara

Comments:

Teleconference held Plaintiff's Motion to Strike (Doc. 30). The Court reminded plaintiff of the local rule concerning discovery disputes and filing discovery motions. The Court denied the Motion to Strike (Doc. 30).


Reporter: Katie Wirt                    By: Renea Kanies, Courtroom Deputy